## Commonwealth ex rel. Knuckles, Appellant, *v.* Maroney.

Submitted April 11, 1966.

*William E. Knuckles,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Lenigan, Appellant, *v.* Maroney.

Submitted April 11, 1966. *Frank C. Lewis,* and *Hudacsek and Lewis,* for appellant; *Edward J. Tocci,* Assistant District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. McClirk, Appellant, *v.* Botula.

Submitted April 11, 1966.

*Charles McClirk,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.